AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
Northern District of Mississippi

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| JESSE GAMBREL | Case No. 4:19-MJ-1007-1 |
| | USM No. |
| | George L. Lucas |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   Ct. 1 Traffic Off-Deadly weapon;exhib. rude, angry, threatening

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC13-MS 97-37-19 | Deadly weapons; exhib. in rude, angry or threatening | 07/20/2019 | 1 |

☑ Count(s)  2   ☑ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $ | $ 500.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  5554

Defendant's Year of Birth:  1984

City and State of Defendant's Residence:
Muscle Shoal, AL

08/21/2019
Date of Imposition of Judgment

Signature of Judge

Jane M. Virden,   U.S. Magistrate Judge
Name and Title of Judge

08/21/2019
Date